**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Alejandro Arriaga individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Nissi Cleaners, Inc. and In Han Hong, individually, Defendants | Case No. 1:16-cv-7019 |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Complaint shall be dismissed with prejudice, and without cost to either party.

Respectfully submitted,

| | |
|---|---|
| s/ Valentin T. Narvaez | s/ Amy Epton |
| Plaintiff's counsel | Defendants' Counsel |
| Consumer Law Group, LLC | Mirae Law, LLC |
| 6232 N. Pulaski, Suite 200 | 1701 Golf Road, Suite 1-1106 |
| Chicago, IL 60646 | Rolling Meadows, IL 60008 |